Shannon G. Splaine, Esq.
Nevada Bar No. 8241
LINCOLN, GUSTAFSON & CERCOS LLP
3960 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169-5968
Tel: (702) 257-1997
Fax: (702) 257-2203
E-Mail: ssplaine@lgclawoffice.com

James K. Schultz, Esq.
Nevada Bar No. 10219
SESSIONS ISRAEL & SHARTLE, L.L.P.
1550 Hotel Circle North, Suite 260
San Diego, CA 92108
Tel:   (619) 758-1891
Fax:   (877) 334-0661
E-mail jschultz@sessions.legal

*Attorneys for Defendant*
*Amsher Collection Services, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| William Ortega, | ) Case No.  2:24-cv-02408-DJA |
| Plaintiff, | ) **ORDER GRANTING** |
| vs. | ) **STIPULATION OF DISMISSAL** |
| Amsher Collection Services, Inc., | ) |
| Defendant. | ) |

Plaintiff, William Ortega, and Defendant, Amsher Collections Services, Inc. ("ACS"), having stipulated that the action shall be dismissed as to ACS with prejudice, the Court GRANTS the stipulation (ECF No. 10),

IT IS HEREBY ORDERED that this action shall be dismissed as to ACS with prejudice. Each party is to bear its own costs. The Clerk of Court is kindly directed to close this case.

Dated: 6/11/2025

_____
Hon. Daniel J. Albregts
United States Magistrate Judge